# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

| | |
|---|---|
| United States of America<br>v.<br><br>OSCAR ALBERTO ALUAIZA-ALCANTARA,<br><br>a/k/a OSCAR ALUAIZA,<br><br>*Defendant(s)* | )<br>)<br>)  Case No. 1:19-mj-0584<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __February 23, 2019__ in the county of __Marion__ in the __Southern__ District of __Indiana__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C., Section 922(g)(5) | Alien in possession of a firearm and ammunition. |

This criminal complaint is based on these facts:

☒ Continued on the attached sheet.

_____
Complainant's signature

S/A Richard Wilkerson, HSI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: June 5, 2019

_____
Judge's signature

City and state: Indianapolis, Indiana

Doris L. Pryor, United States Magistrate Judge
*Printed name and title*

## AFFIDAVIT

I, Richard Wilkerson, a Task Force Officer with Homeland Security Investigations, Indianapolis, Indiana, being duly sworn, state as follows:

## INTRODUCTION

1. I, Richard Wilkerson, am a police officer with the Indianapolis Metropolitan Police Department (IMPD). I am a law enforcement officer as that term is defined in I.C. 35-41-1-17(a). I am also a cross-designated Task Force Officer (TFO) with the United States Immigration and Customs Enforcement (ICE), Homeland Security Investigations (HSI) office in Indianapolis, IN. As such and in accordance with 19 U.S.C. § 1589a, as Customs Officers, Title 19 Cross-Designated TFOs are federal LEOs and are authorized to enforce the full range of federal law, including violations of other titles of the U.S. Code, including, but not limited to, Title 18 and Title 31. I have been a sworn law enforcement officer for approximately 22 years and have been assigned as a Task Force Officer with Homeland Security Investigations since March 2016. I am empowered under the laws of the United States to investigate violations of federal firearm and immigration laws. I have focused attention on the detection and apprehension of individuals violating both federal and state laws.

2. I am currently involved in an investigation regarding the possession of a firearm by Oscar Alberto ALUAIZA-Alcantara ("ALUAIZA-Alcantara"), aka Oscar ALUAIZA, who is an alien illegally or unlawfully in the United States. Based upon this investigation, I have probable cause to believe ALUAIZA-Alcantara has violated Title 18, United States Code, Section 922(g)(5), possession of a firearm by an alien illegally or unlawfully in the United States, and this affidavit is respectfully offered in support of a criminal complaint charging ALUAIZA-Alcantara with such a violation.

3. All statements and information contained in this affidavit are either known personally to me or have been related to me by law enforcement personnel with the Indianapolis Metropolitan Police Department (IMPD) and the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF). Since this affidavit is being submitted for the limited purpose of securing an arrest warrant and complaint, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause for the proposed arrest warrant and complaint.

## FACTS

4. On February 23, 2019, at approximately 4:30 a.m., IMPD Officers Matt Harris and Cory Lindley were patrolling the area of 1400 N. Dearborn St., Indianapolis, IN, when they heard a single gunshot fired from east of their location. Officers Harris and Lindley drove east on Nowland Ave and observed ALUAIZA-Alcantara walking in the middle of the street near the intersection of Nowland Ave and N. Kealing Ave. This location is within the area Officers Harris and Lindley heard the gunshot. Officer Harris activated his emergency lights and attempted to make a subject stop near the intersection of Nowland Ave and Kealing Ave. ALUAIZA-Alcantara continued walking and approached the back door of the residence at 1368 N. Kealing Ave. The back door to 1368 N. Kealing Ave is adjacent to Nowland Ave and is directly accessible from Nowland Ave. Officer Harris approached ALUAIZA-Alcantara as he was knocking on the back door to 1368 N. Kealing Ave. ALUAIZA-Alcantara turned to face Officer Harris at which time Officer Harris immediately noticed the black handle of a handgun sticking out of ALUAIZA-Alcantara's right jeans pants pocket. Officer Harris gave ALUAIZA-Alcantara several loud, clear commands to not reach for the weapon. ALUAIZA-Alcantara ignored these commands and began reaching for the weapon and at one point placed his right

hand directly on the handle of the firearm. Officer Harris was approximately five feet away from ALUAIZA-Alcantara. Officers Harris and Lindley physically placed ALUAIZA-Alcantara on the ground and in custody. ALUAIZA-Alcantara was released from custody on 02/24/2019. RW

5. IMPD Officer Harris removed a Ruger, model P95, serial # 318-77910, 9mm Luger, semi-automatic handgun from the right pants pocket of ALUAIZA-Alcantara. The handgun contained a 15 round magazine that was loaded with 13 live 9mm rounds, with 1 live round in the firing chamber. The 9mm Luger ammunition removed from the firearm is manufactured by Poongsan Corporation (PMC). These items were placed in the IMPD property/evidence room by Officer Harris.

6. On March 5, 2019, HSI Special Agent (SA) Jason Rodriguez obtained ALUAIZA-Alcantara's fingerprints from the February 23, 2019 IMPD arrest at 1400 N. Kealing Ave, Indianapolis, Indiana from the IMPD Identification and Records Branch. SA Rodriguez scanned and submitted ALUAIZA-Alcantara's fingerprints in a DHS database. The DHS database search was negative for a record of ALUAIZA-Alcantara being legally or lawfully admitted into the United States. It did reveal that ALUAIZA-Alcantara was arrested by the United States Border Patrol on December 9, 2012, after illegally entering the United States near Brownsville, Texas.

7. On May 31, 2019, IMPD Officer Daryl Patton conducted a traffic stop on the vehicle being driven by ALUAIZA-Alcantara near the intersection of E. Washington Street and N. Temple Avenue in Indianapolis, IN. ALUAIZA-Alcantara identified himself using an El Salvador Passport. The El Salvador Passport identified ALUAIZA-Alcantara as a citizen of El Salvador born on August 16, 1993 in Santa Ana, El Salvador. SA Rodriguez ultimately arrested ALUAIZA-Alcantara for being illegally or unlawfully present in the United States after having

last entered the United States without inspection, in violation of section 212(a)(6)(A)(i) of the immigration and nationality act as amended. SA Rodriguez transported ALUAIZA-Alcantara to the office of Immigration and Customs Enforcement-Enforcement and Removal Operations (ICE-ERO). SA Rodriguez advised ALUAIZA-Alcantara of his *Miranda* Warnings. ALUAIZA-Alcantara advised he understood and waived his rights. During the interview, ALUAIZA-Alcantara admitted to being unlawfully present in the United States.

8. I know from my training and experience and confirmed with an interstate nexus expert that the firearm and ammunition that ALUAIZA-Alcantara possessed was manufactured outside the State of Indiana and by virtue of their presence in the State of Indiana they would have traveled in interstate or foreign commerce. Further, I witnessed SA Rodriguez conduct a test fire of the above listed firearm possessed by ALUAIZA-Alcantara and found that it is fully functional and capable of expelling a projectile by means of an explosion.

## **CONCLUSION**

Based on the information detailed above, I believe there is probable cause that ALUAIZA-Alcantara violated Title 18, United States Code, Section 922(g)(5), in that he knowingly possessed a firearm and ammunition on or about February 23, 2019, while unlawfully or illegally present in the United States and having knowledge of that status. I respectfully request that the Court issue a criminal complaint and arrest warrant charging ALUAIZA-Alcantara with this offense.

Richard Wilkerson
Task Force Officer
United States Department of Homeland Security,
Homeland Security Investigations

Sworn and subscribed to before me this 5th day of June, 2019.

Doris L. Pryor, Magistrate Judge
United States District Court
Southern District of Indiana